# Supreme Court of Kentucky

2023-SC-0443-T
(2022-CA-1156 & 2023-CA-0400)


NINA MORGAN　　　　　　　　　　　　　　　　　　　APPELLANT


ON RECOMMENDATION TO TRANSFER
COURT OF APPEALS NOS. 2022-CA-1156 & 2023-CA-0400
V.　　　　　　CHRISTIAN CIRCUIT COURT NO. 19-CR-00764


COMMONWEALTH OF KENTUCKY　　　　　　　　　　　　APPELLEE

## ORDER GRANTING TRANSFER

Pursuant to RAP 17(C) and the Court of Appeals' Recommendation to

Transfer, RAP 17(F), we hereby GRANT transfer of the above-styled appeal.

All sitting.  All concur.

ENTERED: February 15, 2024.


_____
CHIEF JUSTICE LAURANCE B. VANMETER